## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11cv21

UNIQUE PRODUCT SOLUTIONS,       )
LIMITED,                        )
                                )
      Plaintiff,               )
                                )
Vs.                             )      ORDER
SMITHWAY, INC.,                 )
                                )
      Defendant.               )
_____ )

     **THIS MATTER** is before the court on the joint Motion for Relief from ECF Registration and Pro Hac Vice Admission Requirement (#23). For cause, the parties jointly state that they have resolved this action and anticipate a Rule 41 Stipulation of Dismissal will be filed by February 24, 2011. The parties ask that out-of-state counsel be excused from moving for pro hac vice admission and that all parties be relieved from the requirement of completing ECF training. While the court will not relieve the parties from seeking admission or complying with ECF, the requirements will be stayed until March 1, 2011. If this case is still pending on March 2, 2011, the parties will need to seek appropriate admissions and comply with ECF, and defendant will need to answer or otherwise respond to the Complaint as previously ordered.

# ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Relief from ECF Registration and Pro Hac Vice Admission Requirement (#23) is **ALLOWED,** and the requirement of applying for admission, becoming ECF compliant, and filing an Answer or other responsive pleading as previously directed is **STAYED** up to and inclusive of March 1, 2011.

**IT IS FURTHER ORDERED** that if this action is pending on March 2, 2011,

(1)     all counsel not already admitted to practice in this district shall file appropriate motions for admission not later than March 2, 2011;

(2)     all counsel who are not already ECF compliant shall certify their compliance with the requirements of ECF not later than March 2, 2011; and

(3)     defendant shall file its Answer to the Complaint and/or file a Renewed Motion to Dismiss Under Rule 12(b)(6) not later than March 2, 2011.

Signed: February 11, 2011

Dennis L. Howell
United States Magistrate Judge