# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:11cv21

| | | |
|---|---|---|
| UNIQUE PRODUCT SOLUTIONS, LIMITED, | ) ) | |
| Relator, | ) ) ) | |
| vs. | ) ) | ORDER |
| SMITHWAY, INC., | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Dismissal [Doc. 25].

The Parties advise that they have entered into a Settlement Agreement and release resolving all claims brought by Relator against Defendant.

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Dismissal [Doc. 25] is hereby **GRANTED** and the action is hereby **DISMISSED WITH PREJUDICE**.

Signed: March 1, 2011

Martin Reidinger
United States District Judge